LEWIS BRISBOIS

Peter T. Shapiro
140 Broadway, Suite 3100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

October 26, 2026

The request for adjournment is GRANTED. The initial pretrial conference is adjourned to December 3, 2026, at 12 pm. The joint letter, case management plan and scheduling order will continue to be due the Wednesday of the week prior to the conference.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 11.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 27, 2026

**<u>VIA ECF</u>**
Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re: *Leshawn Young v. JCS Products LLC*
<u>Case No. 1:26-cv-06548-AS</u>

Dear Judge Subramanian:

We are counsel for Defendant in the above-captioned matter. We write with the consent of Plaintiff's counsel, Jeffrey Gottlieb, to request an adjournment of the initial conference currently scheduled for November 5, 2026 at 2:30 pm, as well as the parties' obligations to file a joint letter, case management plan and scheduling order by October 28, 2026 (Dkt. No. 6). This is the parties' first request for an adjournment of those dates. The parties request that the conference be rescheduled for a date convenient to the Court on or after the due date to respond to the Complaint which has been set for November 20, 2026 (Dkt. No. 10), and that the joint letter be due one week prior to the new conference date. The basis for this request is that our client was only recently served with the complaint and counsel has had limited opportunity to gather the information necessary to evaluate the claims, assess potential defenses, and formulate a proposed discovery schedule. Thank you for your attention to this matter.

Respectfully,

*/s/ Peter T. Shapiro*

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD &
SMITH LLP

CC: All counsel of record (via ECF)